STATE OF LOUISIANA                     NO. 24-K-456

VERSUS                                 FIFTH CIRCUIT

SALEH OMAR                             COURT OF APPEAL

                                       STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

                     October 10, 2024

                      Linda Wiseman
                      First Deputy Clerk

**IN RE** SALEH OMAR

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 18-7748

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Stephen J. Windhorst

**WRIT DENIED**

Defendant, Saleh Omar, was indicted in 2018 for second-degree murder. In March of 2020, a court-appointed sanity commission determined that Mr. Omar was incompetent to proceed to trial. Accordingly, the trial court remanded Mr. Omar to East Louisiana Mental Health System (ELMHS) for restoration. In January 2022, the trial court ordered defendant medicated for restoration, and in August 2022, the trial court ordered another sanity evaluation. The sanity commission's December 2022 report again found Mr. Omar to be incompetent to stand trial; he again was committed to ELMHS for restoration.

According to the writ application, doctors at ELMHS determined in February 2024 that Mr. Omar was competent to stand trial. Thus, on March 22, 2024, Mr. Omar was returned to the Jefferson Parish Correctional Center. On May 1, 2024, the sanity commission conducted another evaluation of Mr. Omar with defense counsel present. Notwithstanding the February 2024 determination by ELMHS that Mr. Omar was competent, the May 5, 2024 sanity commission report determined that Mr. Omar was incompetent to stand trial.

On July 3, 2024, the trial court conducted a competency hearing, at which Dr. David Hale, a psychologist from ELMHS, and Dr. Richard Richoux, a forensic psychiatrist and member of the sanity commission, testified. Their reports were entered into evidence. After taking the matter under consideration, the trial court determined that Mr. Omar was competent to stand trial.

Mr. Omar now seeks review of that ruling, arguing that the court abused its discretion in light of the commission's most recent finding that he was not

24-K-456

competent. Defense counsel further argues that it is impossible for Mr. Omar to communicate effectively and to assist in his own defense given his paranoia.

Louisiana law presumes that a defendant is competent to proceed. La. R.S. 15:432; *State v. MacCracken*, 02-1163 (La. App. 5 Cir. 4/29/03), 845 So.2d 1104, 1109. The defendant has the burden to prove his incapacity to stand trial by a preponderance of the evidence. *Id.* A reviewing court owes the trial court's determination as to the defendant's competency great weight. *State v. Carmouche*, 01-405 (La. 5/14/02), 872 So.2d 1020, 1041. As such, we review the trial court's competency determination for an abuse of discretion. *Id.*

The trial court heard testimony from Dr. Hale of ELMHS and from Dr. Richoux of the sanity commission, evidently giving greater weight to Dr. Hale's competency determination, rendered after Mr. Omar's second extended confinement at ELMHS for treatment. As the record evidence supports the trial court's determination, we find no abuse of discretion. Accordingly, we deny defendant's writ application.

Gretna, Louisiana, this 10th day of October, 2024.

**SMC**
**FHW**
**SJW**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>10/10/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-456**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Ralph S. Whalen, Jr. (Relator)                    Thomas J. Butler (Respondent)

### MAILED

Brittany Beckner (Respondent)
Matthew Whitworth (Respondent)
Assistant District Attorneys
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053